# EXHIBIT A

ATTACHMENT CV-5012 G. Reyes

# CIVIL LAWSUIT NOTICE

**Superior Court of California, County of Santa Clara**
**191 North First St., San José, CA  95113**

CASE NUMBER: _____

**18CV324523**

**Reviewed By: G. Reyes**
**Envelope: 1298700**

## PLEASE READ THIS ENTIRE FORM

**_PLAINTIFF_** (the person suing):  Within 60 days after filing the lawsuit, you must serve each Defendant with the _Complaint_, _Summons_, an _Alternative Dispute Resolution (ADR) Information Sheet_, and a copy of this _Civil Lawsuit Notice_, and you must file written proof of such service.

---

**_DEFENDANT_** (The person sued): **You must do each of the following to protect your rights:**

1. You must file a **written response** to the _Complaint, using the proper legal form or format,_ in the Clerk's Office of the Court, within **30 days** of the date you were served with the _Summons_ and _Complaint_;
2. You must serve by mail  a copy of your written response on the  Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

   **Warning: If you, as the Defendant, do not follow these instructions, you may automatically lose this case.**

---

**_RULES AND FORMS:_**  You must follow the California Rules of Court and the Superior Court of California, County of Santa Clara Local Civil Rules and use proper forms.  You can obtain legal information, view the rules and receive forms, free of charge, fr om the Self-Help Center at 201 North First Street, San José (408-882-2900 x-2926).

- State Rules and Judicial Council Forms:  www.courts.ca.gov/forms.htm and www.courts.ca.gov/rules.htm
- Local Rules and Forms:  www.scscourt.org

**_CASE MANAGEMENT CONFERENCE (CMC):_**  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a _Case Management Statement_ (Judicial Council form CM-110) at least 15 calendar days before the CMC.

   _You or your attorney must appear at the CMC._  _You may ask to appear by telephone – see Local Civil Rule 8._

| | |
|---|---|
| _Your Case Management Judge is:_ **JAMES STOELKER** | _Department:_ **13** |

_The 1st CMC is scheduled for:_ (Completed by Clerk of Court)

   Date: **06-19-18**     Time: **3:00pm** in Department: **13**

_The next CMC is scheduled for:_ (Completed by party if the 1st CMC was continued or has passed)

   Date: _____     Time: _____ in Department:_____

**_ALTERNATIVE DISPUTE RESOLUTION (ADR):_**  If all parties have appeared and filed a completed _ADR Stipulation Form_ (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.scscourt.org or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

**_WARNING:_** Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

E-FILED
3/7/2018 2:30 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
18CV324523
Reviewed By: S. Alvarez

1  Darryl Carter
2  No Mailing Address as of 02/28/18
   See Exhibit B
3  Phone: 650-250-9404
4  Email: mdcar38t@protonmail.com

5

6            SUPERIOR COURT OF THE STATE OF CALIFORNIA
7                  FOR THE COUNTY OF SANTA CLARA

8                                    )  Case No.: 18CV324523
9                                    )
                                     )
10                                   )  COMPLAINT FOR FREEDOM OF
                                     )  INFORMATION ACT COMPLIANCE
11                                   )
12  DARRYL CARTER,                   )
                                     )  UNLIMITED JURISDICTION
13            Plaintiff,             )
                                     )
14       vs.                         )  5 U.S.C. § 552
                                     )
15                                   )
16  U.S. DEPARTMENT OF JUSTICE,      )
    Heritage Bank Building           )
17  150 Almaden Blvd. Suite 900      )
    San Jose, CA 95113               )
18                                   )
19            Defendant              )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23

24

25                            ~ 1 ~

26
         COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE
27

28

# TABLE OF CONTENTS

PARTIES ................................................................................................................3

JURISDICTION AND VENUE ...........................................................................3

FACTUAL BACKGROUND.................................................................................4

CAUSE OF ACTION ............................................................................................5

  COUNT I .............................................................................................................5

    (FOIA violation, 5 U.S.C. § 552) ..................................................................5

PRAYER .................................................................................................................9

  EXHIBIT A .......................................................................................................11

  EXHIBIT B ........................................................................................................12

  EXHIBIT C ........................................................................................................13

~ 2 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

## **PARTIES**

1.

The U.S. Department of Justice herein after ("U.S. D.O.J") is agency of the United States Government. Defendant U.S. D.O.J has in its pos☐ession, custody, and control the records which Plaintiff seeks access. Defendant U.S. D.O.J is centrally headquartered at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. Defendant U.S. D.O.J can also be found within this judicial district at its address 150 Almaden Blvd, Suite 900 San Jose, CA 95113.

2.

Darryl Carter is an individual within in the State of California, and is the plaintiff in this action.

## **JURISDICTION AND VENUE**

3.

Plaintiff brings this action pursuant 5 U.S.C. § 552(a) (4) (B); and 28 U.S.C. § 1331. The latter statute is understood as a concurrent jurisdiction statute. Moreover, "the mere grant of jurisdiction to a federal court does not opeate to oust a state court from concurrent jurisdiction over the cause of action." See *Gulf Offshore*, 453 U.S. at

~ 3 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

479, 101 S. Ct. at 2876 (citing *United States v. Bank of New York & Trust*, 296 U.S. 463, 56 S. Ct. 343, 80 L. Ed. 331 (1936)). Even generally recommended exclusive jurisdiction factors, borrowed from state law, would not support federal exclusive jurisdiction. *Gulf Offshore*, 453 U.S. at 484. Venue lies in this district pursuant C.C.P. § 396b.

## FACTUAL BACKGROUND

4.

On or around November 22, 2017 plaintiff, via certified mail, submitted a request a FOIA request to the defendant, seeking all records regarding him personally AND with respect to constitutional right(s) violation(s); civil rights violation(s). See **Exhibit A** attached hereto.

5.

Plaintiff requested documents with respect to item 4 above within the date range of 01/01/16 and 11/22/17.

6.

Plaintiff requested expedited treatment with respect to te release of the requested documents given his sufferance of irreparable harm. See **Exhibit A**.

~ 4 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

7.

The FOIA typically requires a responding agency i.e. the U.S. D.O.J twenty (20) working days to respond to FOIA requests such as that submitted by plaintiff. Moreover, the FOIA provisions for a unilateral ten (10) working day extension of time by a responding agency i.e. U.S. D.O.J.

8.

As of February 25, 2018 it has been **more than** thirty (30) working days since plaintiff submitted and defendant received plaintiff's FOIA request. Specifically, it has been **at least** fifty seven (57) working days, excluding holidays, since plaint☐ submitted and defendant received his FOIA request, yet defendant has failed to respond to plaintiff's FOIA request.

9.

## **CAUSE OF ACTION**

### **COUNT I**
**(FOIA violation, 5 U.S.C. § 552)**

10.

~ 5 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

Plaintiff incorporates ¶¶ 1-9 as though fully set forth herein.

11.

Plaintiff is being persistently irreparably harmed by defendant's FOIA violation(s). Even more so, plaintiff will continue to be irreparably harmed unless defendant is compelled to comply with the FOIA. Plaintiff suffers irreparable harm with respect to his constitutional rights and U.S. D.O.J is hiding or suppressing the release of information related thereto. Thus, plaintiff's believes there is government misconduct related thereto. Moreover, the FOIA's fundamental purpose is to make the public aware of government operations. Plaintiff is both a member of the general public and aggrieved by such government operations or actions related to him personally.

12.

Moreover defend knew or should have known that plaintiff was suffering and continues to suffer irreparable harm given the face of plaintiff's FOIA request, to defendant, ubiquitously illustrates plaintiff's homeless status, receipt of essential and life sustaining public benefits, and absence of gainful employment.

13.

~ 6 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

Furthermore, it is difficult if not impossible to comprehend any reasonable basis for defendant's non-compliance, to plaintiff's FOIA request, especially since plaintiff forwarded at least one civil rights violation complaint, via Fedex #776821732351, to defendant U.S. D.O.J. on or around July 22, 2016 alleging police criminal collusion against plaintiff coupled with one or more violation(s) of plaintiff's constitutional/civil rights. See **Exhibit C**, attached hereto.

14.

Surely, such allegations (**Exhibit C**) would or should have prompted, at minimum, (a) the internal filing, labeling, and identification of plaintiff's constitutional/civil rights complaint, (b) some type of categorization of plaintiff's constitutional/civil rights complaint, (c) a determination related to any investigation with respect to plaintiff's constitutional/civil rights complaint, and (d) some type of response by defendant, related to plaintiff's constitutional/civil rights. All of said records related to plaintiff's July 22, 2016 constitutional/civil rights complaint, *inter alia*, to defendant should be or are on one or more of defendant's servers, devices, or other mechanisms used to generate, update, edit and capture records. Furthermore, "constitutional [rights] violations cannot be remedied through damages and therefore

~ 7 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

generally constitute irreparable harm." (emphasis added) *Nelson v. Nat'l Aeronautics & Space Admin.,* 530 F.3d 865, 882 (9th Cir. 2008).

15.

Defendant U.S. D.O.J did not respond to plaintiff's FOIA request as required per 5 U.S.C. § 552(a) (6) (A) (i). Given defendant's failure to respond there is nothing for plaintiff to appeal per 5 U.S.C. § 552(a) (6) (A) (ii). Furthermore, such appears to be an unusual and unnecessary amount of time, on defendant's part, with respect to reviewing plaintiff's underlying FOIA request. Furthermore, defendant's failure to respond within the time prescribed per 5 U.S.C. § 552(a) (6) (A) (i) is the ***direct and proximate cause of plaintiff's expenditure of time and extremely limited resources related to bringing this action***.

16.

Given defendant's failure to make an initial determination of plaintiff's FOIA request, or any other response to plaintiff's request for that matter, wi☐n the time prescribed per 5 U.S.C. § 552(a) (6) (A) (i), plaintiff is deemed to have exhausted his administrative remedies per 5 U.S.C. § 552(a) (6) (C) (i).

17.

~ 8 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

1

## **PRAYER**

2

WHEREFORE, Plaintiff prays for judgment against defendant U.S. D.O.J as follows:

3

4

**Regarding the first claim of relief:**

5

1.  Enjoin defendant U.S. D.O.J from withholding any and all records responsive to

6

7

plaintiff's FOIA request.

8

2.  Order Defendant to conduct searches for any and all records responsive to

9

10

plaintiff's FOIA request and demonstrate that it has, proper☐y, employed search

11

methods reasonably likely to unearth discoverable records responsive to

12

plaintiff's FOIA request.

13

14

3.  Order defendant to produce, by a certain and specific date, the FOIA documents

15

sought and giving rise to this action -- in electronic from via one or more emails

16

17

containing such documents and a *Vaughn* index of any documents withheld

18

under claim of exemption AND/OR for defendant U.S. D.O.J to mail said

19

documents, in question in paper form, addressed to Darryl Carter, P.O. Box

20

21

1148, Palo Alto, CA 94302-1148.

22

4.  In the event paper documents are Ordered produced, as set forth ante, then

23

24

defendant U.S. D.O.J should also be Ordered to pay the approximate cost of

25

~ 9 ~

26

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

27

28

$41.00 per plaintiff's post office box renewal fee **BEFORE** submitting such documents as plaintiff will not have a mailing address as of 02/28/18 and given had U.S. D.O.J. responded within the appropriate timeframe, as the law required, plaintiff's inability to receive mail after the specified date would not be an issue.

**Regarding all claims of relief**:

1. An order for defendant U.S. D.O.J to pay any and all of plaintiff's costs pursuant this action, including attorney fees, to the extent incurred, pursuant the work expended for this action.

2. Equitable recovery of plaintiff's time pursuing this action.

3. Any further relief that this Court deems just and proper.

DATED: March 6, 2018

/s/ Darryl Carter
Darryl Carter

~ 10 ~

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE

# **EXHIBIT A**

(7 PAGES INCLUDING THIS PAGE)

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE
EXHIBIT A

November 22, 2017


Hirsh D. Kravitz
Department of Justice
Freedom of Information/Privacy Act Office
Civil Division, Room 8020
1100 L Street, N.W.
Washington, DC 20005-4035


VIA USPS CERTIFIED ARTICLE # 7016 1370 0001 3119 4404

**RE: FOIA (Freedom of Information Act) Request.**

Dear Mr. Kravitz:

Please note the following:

1. FOIA Request:
   All documents; emails; memos; notes; papers; text messages; phone
   records; human readable communication messages located on any and all
   DOJ (Department of Justice) electronic file storage system(s) related to
   Darryl C. Carter aka Darryl Carter and one or more allegation(s) of
   constitutional right(s) violation(s) and/or civil right(s) violation(s), of any
   kind, between 01/01/16 and 11/22/17. For this request please submit
   copies of the original items i.e. documents; emails; memos; notes; papers;
   text messages; phone records; human readable communication messages --
   in paper form.

2. Individual Request:
   This request is made on behalf of myself as an individual.

3. Expedited Treatment:
   I am requesting expedited treatment of this request for the following
   reasons:

      a. I am unemployed;

      b. I am homeless;

      c. I receive public benefits.

PO Box 1148 Palo Alto, CA 94302-1148

VIA USPS CERTIFIED ARTICLE # 7016 1370 0001 3119 4404          Page 2 of 2

4. Delivery:
   Please fulfill this request by mailing the requested documentation to the address listed in the footer of this correspondence.

5. Please see the attached notarized affidavit with respect to identity per the privacy act.


Sincerely,

Darryl Carter

```
                    HAMILTON
              380 HAMILTON AVE
                  PALO ALTO
                     CA
                  94301-9991
                  0558040192
11/22/2017     (800)275-8777    12:44 PM
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.49 |

```
    (Domestic)
    (WASHINGTON, DC  20005)
    (Weight:0 Lb 0.60 Oz)
    (Estimated Delivery Date)
    (Saturday 11/25/2017)
```

| Certified | 1 | $3.35 |
|---|---|---|

```
    (@@USPS Certified Mail #)
    (70161370000131194404)
```

| Total | | $3.84 |
|---|---|---|
| Debit Card Remit'd | | $3.84 |

```
    (████████████)
    (Account #:███████████)
    (Approval #:        )
    (Transaction #:343)
    (Receipt #:012009)
    (Debit Card Purchase:$3.84)
    (████████████)
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
***********************************

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20005

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0192 07 |
| | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| Return Receipt (hardcopy) | $ $0.00 | |
| Return Receipt (electronic) | $ $0.00 | |
| Certified Mail Restricted Delivery | $ $0.00 | |
| Adult Signature Required | $ $0.00 | |
| Adult Signature Restricted Delivery | $ | |
| Postage | $0.49 | Postmark Here |
| Total Postage and Fees | $3.84 | 11/22/2017 |

US POSTAL SERVICE PALO ALTO, CA 94301 NOV 22 2017

Sent To FOIA Privacy Office

Street and Apt. No., or PO Box No. 1100 L Street N.W.

City, State, ZIP+4® Washington, DC. 20005-4035

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70161370000131194404                      Remove ✕

Your item was delivered at 5:51 am on November 30, 2017 in WASHINGTON, DC 20530.

## ✓ Delivered

November 30, 2017 at 5:51 am
DELIVERED
WASHINGTON, DC 20530

Get Updates ∨

---

| Text & Email Updates | ∨ |
| --- | --- |

---

**Tracking History**                                                ∧

November 30, 2017, 5:51 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:51 am on November 30, 2017 in WASHINGTON, DC 20530.

November 29, 2017, 11:58 am
Available for Pickup
WASHINGTON, DC 20530

November 29, 2017, 11:49 am
Arrived at Unit

WASHINGTON, DC 20018


November 27, 2017, 10:33 am
Out for Delivery
WASHINGTON, DC 20005


November 27, 2017, 10:23 am
Sorting Complete
WASHINGTON, DC 20005


November 26, 2017, 9:29 am
In Transit to Destination
On its way to WASHINGTON, DC 20005


November 25, 2017, 5:29 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER


November 24, 2017, 5:13 pm
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER


November 24, 2017, 9:25 am
In Transit to Destination
On its way to WASHINGTON, DC 20005


November 23, 2017, 9:25 am
In Transit to Destination
On its way to WASHINGTON, DC 20005


November 22, 2017, 8:25 pm
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER


November 22, 2017, 7:29 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT B**

## (2 PAGES INCLUDING THIS PAGE)

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE
EXHIBIT B



WEBBATS BAT710B1

# P.O. Box Service Fee Notice
# PALO ALTO
### 380 HAMILTON AVE, PALO ALTO, CA 94301
### (650) 326-3821

DARRYL CARTER
PO BOX 1148
PALO ALTO, CA 94302

Date of Notice:   02/20/2018
Box#   1148
3 Months:   $24.00
6 Months:   $41.00
12 Months:   $82.00
Due Date:   02/28/2018

Dear DARRYL CARTER:

This is a friendly reminder that your Post Office Box or Caller Service renewal fee is due. If you have already paid this fee, please disregard this notice and thank you for your continued business with the United States Postal Service. If you have not yet submitted your payment, please do so now.

At your location, at least one of the following Additional Services is available: **Street Addressing** (allows private carrier package delivery) and **Signature on File** (easy pickup for some signature required items).

There is **no** extra charge for these Additional Services. Visit your Post Office to sign up for these services today! These services however, do not apply to Caller Service and Group E Box customers.

For your convenience, you can sign up at www.usps.com/poboxes and renew or manage your PO Box online. Use your credit card to make a one-time payment or sign up for automatic payments so you never miss a due date. You can also renew your PO Box at any of more than 2,900 self-service kiosks located at select Post Offices nationwide. Go to www.usps.com/locator/welcome.htm to look for a kiosk location near you.

As always, payments can be made at the Post Office or mailed to the attention of the Postmaster at the address indicated above. Please make checks or money orders payable to the US Postal Service and include your PO Box number and ZIP Code. If paying by mail, a receipt will be delivered to your PO Box.

**Note:** Caller Service may only be paid **in person** or **by mail** unless enrolled in Enterprise PO Box Online (EPOBOL). (Enroll at https://postalpro.usps.com/EPS under the "Quick Links" section). Please be sure to include this notice with your remittance. Caller Service receipts will be provided at the caller service pickup window.

If your payment is not received by the due date, access to your PO Box will be blocked and caller services will be limited. If we have not received your payment by the 10th day after the due date, your PO Box service will be terminated, incoming mail will be returned to the sender, and, in addition to any unpaid monthly PO Box fees, you will be charged a handling fee to reopen your box. To avoid this inconvenience, we encourage you to renew on time.

As a reminder, your account information must be current. If your physical address or other pertinent information has changed since you applied for your PO Box, please ask a Sales and Service Associate at your Post Office to update your *Application for Post Office Box Service* (PS Form-1093).

To update your information for Caller Service, you can ask a Sales and Service Associate to update the *Application for Caller Service* (PS Form-1093C).

You are a valued customer and we appreciate your business. Thank you!

POSTMASTER, PALO ALTO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **<u>EXHIBIT C</u>**

(4 PAGES INCLUDING THIS PAGE)

COMPLAINT FOR FREEDOM OF INFORMATION ACT COMPLIANCE
EXHIBIT C

(PAGES INTENTIONALLY LEFT BLANK)

July 22, 2016


U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530


VIA FEDEX #7768 2173 2351

**RE:** _____ **Police Criminal Collusion and Intentional Denial of
Constitutional Rights**

Dear Ms. Vanita Gupta:

This correspondence is directed to your attention given the intentional pattern
and practice of the _____ Police Department with respect to holding court
trials on the streets founded upon criminal collusion by officers making false
statements, falsifying evidence, and denying my United States Constitutional
right to petition the officials of these abuse gang of white (Caucasian) officers
who have and continue to harass, intimidate, threaten, and coerce, to achieve
desired outcomes while conspiring both internally with superiors and externally
with private parties to achieve the desired outcome(s).

I have, already, spent considerably more time and money pursuing my rights
than is reasonable and have achieved absolutely nothing. Moreover, I have filed,
now, three (3) misconduct formal complaints that most assuredly will go
nowhere as this department is corrupt and policing themselves.

This is one of the stories that won't be put on national news as it doesn't appear
to fit one or more propaganda agenda(s). This is case of an African American
(black) minority petitioning the supposed justice arm of the local legal system for
assistance and instead treated like a criminal when it was I who contacted the
police on both occasions. The former of which, whereas, this property manager
called me a "nigger." The latter instance demonstrates how easy it is to be shot
and killed by one or more of these trigger happy white officers who continue to
continue this behavior. This "white boy privilege" while carrying deadly
weapons must end.

There is no doubt that not all police officers or departments are bad or corrupt but this one,           Police Department is indeed one that is corrupt and rife with misconduct. It is not a fair legal bout for me to continue to waste my limited resources, both time and money on something that I can't win. The playing field is leveled with the United States Department of Justice stepping in and performing an investigation and taking corrective action. That is the reality when dealing with type of issue; the State will do nothing and has done nothing to correct this behavior. Thus, I am appealing to you for relief and to perform an investigation into the conduct of the           Police Department and the officials thereof.

Please note the following enclosures:

1. Copy of letter to City Manager              .

2. Copy of misconduct complaint #1014.

3. Copy of misconduct complaint #1015.

4. Copy of misconduct complaint #749.

5. Article outlining reality of "white boy privilege."

Sincerely,

Darryl Carter
Enclosures (5): Copy of letter to city manager              , misconduct complaint #1014, misconduct complaint #1015, misconduct complaint #749, article regarding "white boy privilege"



**After printing this label:**
1. Use the 'Print' button on this page to print your label to you☐laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**  Use only the printed original label for shipping  Using a ptocopy of this label for shipping purposes is fraudulent an could result in additional billing charges. along with the cancellation of your  FedEx account number
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recove FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or☐special is limited to the greater of $100 or the authorized declared value. Recovery cnnot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EFS-005-CV**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO:<br>NAME: **Darryl Carter**<br>FIRM NAME:<br>STREET ADDRESS: **No mailing address see Complaint Exhibit B**<br>CITY: **Palo Alto**                    STATE: **CA**    ZIP CODE **94302**<br>TELEPHONE NO.: **650-250-9404**       FAX NO. :<br>E-MAIL ADDRESS: **mdcar38t@protonmail.com**<br>ATTORNEY FOR (name):  **Darryl Carter** | *FOR COURT USE ONLY* |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br> STREET ADDRESS: **191 N. First Street.**<br> MAILING ADDRESS:<br>CITY AND ZIP CODE: **San Jose 95113**<br>  BRANCH NAME: | |
| Plaintiff/Petitioner: Darryl Carter<br><br>Defendant/Respondent: U.S. Department of Justice | CASE NUMBER:<br>**18CV324523** |
| **CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS** | JUDICIAL OFFICER:<br>**Hon. James Stoelker**<br><br>DEPARTMENT:<br>**13** |

1. [X] The following party    or  [ ]  the attorney for:

   a.  [X]  plaintiff *(name): Darryl Carter*
   b.  [ ]  defendant *(name):*
   c.  [ ]  petitioner *(name):*
   d.  [ ]  respondent *(name):*
   e.  [ ]  other *(describe):*

   consents to electronic service of notices and documents in the above-captioned action.

2. The electronic service address of the person □dentified in item 1 is *(specify):*
   mdcar38t@protonmail.com

Date:  03/14/18

Darryl Carter                                    /s/ Darryl Carter
_____                          _____
TYPE OR PRINT NAME                               (SIGNATURE OF PARTY OR ATTORNEY)

Form Approved for Optional Use
Judicial Council of California
EFS-005-CV [Rev. July 1, 2016]

**CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS**
**(Electronic Filing and Service)**

Cal. Rules of Court, rule 2.251
*www.courts.ca.gov*